# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA BERKERY** | : | **CIVIL ACTION** |
| *Plaintiff-pro se* | : | |
| | : | **NO. 14-5265** |
| **v.** | : | |
| | : | |
| **WISSAHICKON SCHOOL BOARD**, *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 27th day of March 2015, upon consideration of Defendants' *motion to dismiss*, [ECF 14], Plaintiff's response in opposition thereto, [ECF 16], Plaintiff's request for judicial notice, [ECF 15], Plaintiff's opposition to Defendants' motion for leave to file a reply brief, [ECF 19], Defendants' reply, [ECF 20], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendants' motion to dismiss is **GRANTED**, and all claims asserted against Defendants are **DISMISSED**, with prejudice. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.